DICKINSON WRIGHT PLLC
Eric D. Hone (NV Bar No. 8499)
Email: ehone@dickinsonwright.com
Gabriel A. Blumberg (NV Bar No. 12332)
Email: gblumberg@dickinsonwright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113
Phone: (702) 550-4400
Fax: (844) 670-6009

CLYDE SNOW & SESSIONS
Walter A. Romney, Jr. (*Pro Hac Vice*)
Jonathan D. Bletzacker (*Pro Hac Vice*)
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111
war@clydesnow.com
jdb@clydesnow.com
Phone: (801) 322-2561
Fax: (801) 521-6280

*Attorneys for Defendants and Counterclaim-Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SAMICK MUSICAL INSTRUMENTS CO., LTD., a Korean limited company | |
| Plaintiff, | Case No. 2:15-cv-00333-MMD-GWF |
| v. | |
| QRS MUSIC TECHNOLOGIES, INC., a Delaware corporation; THOMAS DOLAN, an Individual, | **STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND PARTIES' DEADLINE TO FILE PRETRIAL MEMORANDUM TO FEBRUARY 23, 2018** |
| Defendants, | |
| | [Second Request] |
| QRS MUSIC TECHNOLOGIES, INC., a Delaware corporation | |
| Counterclaim-plaintiff, | |
| v. | Honorable Judge Miranda M. Du |
| | Magistrate Judge George W. Foley |
| SAMICK MUSICAL INSTRUMENTS CO., LTD., a Korean limited company | |
| Counterclaim-defendants. | |

1

Defendant/Counterclaimant QRS Music Technologies, Inc.'s ("QRS"), by and through undersigned counsel, and Plaintiff/Counter defendant Samick Musical Instruments Co., Ltd.'s ("SMK"), by and through undersigned counsel, hereby stipulate that both parties will file their Pretrial Memorandum by **Friday, February 23, 2018**. This stipulation is based on the parties' desire to continue to negotiate admissible facts and stipulate facts, testimony, and issues to narrow the scope of the trial.

**IT IS SO STIPULATED:**

DATED this 17th day of January 2018

CHOI CAPITAL LAW

By: /s/ Boyoon Choi
    Boyoon Choi
    b.choi@choicapitallaw.com

    Attorneys for SMK

DATED this 17th day of January 2018

DICKINSON WRIGHT PLLC

By: /s/ Gabriel A. Blumberg
    ERIC D. HONE
    GABRIEL A. BLUMBERG
    ehone@dickinsonwright.com
    gblumberg@dickinsonwright.com

    Attorneys for QRS

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: January 18, 2018

# CERTIFICATE OF SERVICE

The undersigned, an employee of Dickinson Wright PLLC, hereby certifies that on the 17th day of January 2018, I electronically served the foregoing **STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND PARTIES' DEADLINE TO FILE PRETRIAL MEMORANDUM TO FEBRUARY 23, 2018** to be served electronically to all parties of interest through the Court's CM/ECF system which will send notification to the following:

BROWNSTEIN HYATT FARBER SCHRECK, LLP
Matthew D. Francis
Arthur A. Zorio
5371 Kietzke Lane
Reno, NV 89511
Email: mfrancis@bhfs.com
Email: azorio@bhfs.com

CHOI CAPITAL LAW
Boyoon Choi
Frank Homsher
520 Pike Tower, Suite 975
Seattle, WA 98101
Email: b.choi@choicapitallaw.com
Email: f.homsher@choicapitallaw.com

/s/ Bobbye Donaldson
Bobbye Donaldson, an employee of
DICKINSON WRIGHT PLLC