# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SAMICK MUSICAL INSTRUMENTS CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>QRS MUSIC TECHNOLOGIES, INC., *et al*.,<br><br>Defendants. | Case No. 2:15-cv-00333-MMD-GWF<br><br>**ORDER** |

This matter is before the Court on Matthew D. Francis, Arthur A. Zorio, and the law firm of Brownstein Hyatt Farber Schreck, LLP ("BHFS") Motion to Withdraw as Counsel for Plaintiff Samick Musical Instruments Co., Ltd. (ECF No. 11), filed May 16, 2018. To date, no party has filed a response to this motion and the time for opposition has now expired. Counsel represents that profound issues relating to NRPC 1.16(b)(6) have developed and continue to remain. The Court finds, the movants have substantially established good cause for withdrawal. Accordingly,

**IT IS HEREBY ORDERED** that Matthew D. Francis, Arthur A. Zorio, and the law firm of Brownstein Hyatt Farber Schreck, LLP ("BHFS") Motion to Withdraw as Counsel for Plaintiff Samick Musical Instruments Co., Ltd. (ECF No. 104) is **granted**.

**IT IS FURTHER ORDERED** that Samick Musical Instruments Co., Ltd. must retain local counsel if it intends to litigate this matter. An attorney who is granted permission to practice in a particular case but is not a member of the bar of this court must associate a resident member of the bar of this court as co-counsel. LR IA 11-2(d).

. . .

. . .

. . .

Additionally, a corporation or limited liability company may appear in federal court only through licensed counsel. *U.S. v. High Country Broad. Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993). Plaintiff Samick Musical Instruments Co., Ltd shall have until **July 5, 2018**, to advise the Court if it will retain new local counsel.

Dated this 4th day of June, 2018.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE