**H1 LAW GROUP**
ERIC D. HONE
Nevada Bar No. 8499
eric@h1lawgroup.com
JAMIE L. ZIMMERMAN
Nevada Bar No. 11749
jamie@h1lawgroup.com
701 N. Green Valley Parkway, Suite 200
Henderson NV 89074
Phone   702-608-3720
Fax     702-608-3759

**CLYDE SNOW & SESSIONS**
Walter A. Romney, Jr. (*Pro Hac Vice*)
Jonathan D. Bletzacker (*Pro Hac Vice*)
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111
war@clydesnow.com
jdb@clydesnow.com
Phone: (801) 322-2561
Fax: (801) 521-6280

*Attorneys for Defendant/Counterclaimant*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SAMICK MUSICAL INSTRUMENTS CO., LTD., a Korean limited company,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>QRS MUSIC TECHNOLOGIES, INC., a Delaware corporation; THOMAS DOLAN, an Individual<br><br>　　　　　　　Defendants. | CASE NO. 2:15-cv-00333-MMD-GWF<br><br><br><br><br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| AND RELATED MATTERS. | |

IT IS HEREBY JOINTLY STIPULATED AND AGREED by the parties to this action, by and through their respective counsel of record, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii):

1




1. Parties have entered into a confidential settlement agreement;

2. All claims in the above-captioned action are hereby dismissed with prejudice;

3. Each party shall bear its own attorneys' fees and costs; and

4. This matter is concluded in its entirety and shall be dismissed.

**IT IS SO STIPULATED:**

DATED this 7th day of November 2018

SINGER & LARSEN P.C.

/s/ Michael H. Singer
MICHAEL H. SINGER, NV Bar No. 1589
msinger@singerlarsen.com
1291 Galleria Drive, Suite 230
Henderson, Nevada 89014
*Attorneys for Plaintiff/Counterdefendant*

DATED this 7th day of November 2018

H1 LAW GROUP

/s/ Eric D. Hone
ERIC D. HONE, NV Bar No. 8499
eric@h1lawgroup.com
701 North Green Valley Parkway, Suite 200
Henderson, NV 89074

**CLYDE SNOW & SESSIONS**
Walter A. Romney, Jr. (*Pro Hac Vice*)
Jonathan D. Bletzacker (*Pro Hac Vice*)
201 South Main Street, Suite 1300
Salt Lake City, Utah 84111

*Attorneys for Defendant/Counterclaimant*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: November 7, 2018